**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DAVID DALLAS GEORGE,**

      **Plaintiff,**

**v.**                          **Case No.  5:16cv254-MW/HTC**

**CORRECTIONS CORPORATION
OF AMERICA,
Q. CHADWICK and
N, BYRD,**

      **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation, ECF No. 73, and has also reviewed *de novo* Plaintiff's objections

to the report and recommendation, ECF No. 74.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion. Defendants' Motion for Summary Judgment,

ECF No. 62, is **GRANTED**.  The Clerk shall enter judgment stating, "Plaintiff's

claims against Defendants are dismissed with prejudice."  The Clerk shall also close

the file.

**SO ORDERED on January 31, 2020.**

**s/Mark E. Walker**
**Chief United States District Judge**
